UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EMMALEIGH MARCH,

    Plaintiff,

v.

    Case No. 1:25-cv-362

    HON. ROBERT J. JONKER

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

## ORDER APPROVING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on December 11, 2025 (ECF No. 17). The Report and Recommendation was duly served on the parties. No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 17) is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that plaintiff's unopposed motion for attorney fees (ECF No. 13) is **GRANTED**.  Plaintiff's counsel is awarded attorney fees in the amount of $3,173.62.


Dated:   December 31, 2025            /s/ Robert J. Jonker
                                                  ROBERT J. JONKER
                                                  UNITED STATES DISTRICT JUDGE